UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  1:25-CR-10188-002-MJJ |
| | ) | |
| VANESSA JOSEPH | ) | |
| Defendant. | ) | |

### THE UNITED STATES OF AMERICA'S MOTION TO UNSEAL

In accordance with the Order to Seal entered by this Court in the above-captioned matter, the United States of America respectfully files this motion requesting that the Court unseal the documents (Doc. Numbers 66-68) filed *under seal* by the United States.  In support of the Motion, the United States asserts the following:

In an effort to collect the outstanding judgment debt of Vanessa Joseph (the "Defendant"), the United States filed the Application for a Writ of Garnishment pursuant to 28 U.S.C. § 3205(b)(1) upon all funds that the above-captioned Garnishee is believed to be in possession or control on behalf of the Defendant.  The United States filed the Application for Garnishment *under seal*, in order to preserve the status quo and to ensure that the Defendant's assets would be available for application to  the restitution imposed under the Mandatory Victim Resitution Act ("MVRA"), 18 U.S.C. § 3663A.

On June 5, 2026, the Court issued the Writ of Garnishment and the Clerk's Notice of Garnishment.  Contemporaneously herewith, a Certificate of Service was filed with regards to service of the Garnishment documents on both the Garnishee and the Defendant.  Because the Garnishee has been served with the Writ of Garnishment ordering withholding and retention of any properties in which the Defendant has a substantial non-exempt interest, it is no longer necessary for the Application for Writ of Garnishment and related documents to remain sealed.

WHEREFORE, the United State respectfully requests that this Court unseal the documents (Doc. Number 66-68) filed *under seal* by the United States.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

LEAH B. FOLEY
United States Attorney

By:    /s/ Raquelle L. Kaye
      RAQUELLE L. KAYE
      Assistant United States Attorney
      One Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3100
      Raquelle.Kaye@usdoj.gov

Date: June 11, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, this document was filed through the ECF system and was sent electronically to any registered participants.

/s/ Raquelle L. Kaye
RAQUELLE L. KAYE
Assistant United States Attorney

Date: June 11, 2026

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

The United States takes the position that Local Rule 7.1 <u>does not apply</u> in this circumstance due to the nature of the motion.